UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------x

AUSTIN SMITH,

          Petitioner,

vs.

MICHAEL THOMPSON,

          Respondent.

-----------------------------------------------x

Civil Action No.  05-10777-PBS

### MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS

    The respondent, Michael Thompson, through counsel, now appears and requests an extension of the time in which he must file a motion to dismiss or other responsive pleading in response to the petition for writ of habeas corpus for a period of thirty (30) days, up to and including June 20, 2005.[1]  In support of the motion, the respondent states that, pursuant to this Court's order, an answer or other responsive pleading is currently due to be filed by May 19, 2005.  The undersigned assistant attorney general is still awaiting receipt of the state materials concerning the petitioner's conviction, which are necessary for counsel to review before formulating an appropriate response to the petition.

    WHEREFORE, the respondent respectfully requests that this Court grant him until June 20, 2005, to file a responsive pleading to the petition for writ of habeas corpus.

---

[1] June 20, 2005, is the first business day after the expiration of the thirty-day period (which ends on June 18th, a Saturday).

Respectfully submitted,

THOMAS F. REILLY,
ATTORNEY GENERAL

/s/ Maura D. McLaughlin
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2857
BBO # 634923

Dated: May 18, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

    I hereby certify that on May 13, 2005, I left a telephone message for Edward B. Gaffney, Esq., counsel for the petitioner, in a good faith effort to confer and narrow or resolve the issues raised in the foregoing motion.

/s/ Maura D. McLaughlin

## CERTIFICATE OF SERVICE

    I hereby certify that I have this 18th day of May, 2005, served a true and accurate copy of the foregoing pleading on counsel for the petitioner, Austin Smith, by depositing a copy in the office repository for collection and delivery by first class mail, postage prepaid, to the petitioner's counsel at the following address: Edward B. Gaffney, Esq., P.O. Box 5092, Wayland, Massachusetts, 01778.

/s/ Maura D. McLaughlin