UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------x

AUSTIN SMITH,

        Petitioner,

Civil Action No.  05-10777-PBS

vs.

MICHAEL THOMPSON,

        Respondent.

-----------------------------------------------x

## MOTION FOR BRIEFING SCHEDULE

The respondent, Michael Thompson, through counsel, now appears and requests that this Court enter the following proposed briefing schedule for the merits of the petition. The dates requested are as follows:

1. The petitioner's memorandum in support of the merits of the petition shall be due on or before August 1, 2005;

2. the respondent's memorandum in opposition to the merits of the petition shall be due on or before September 1, 2005; and

3. the petitioner's reply memorandum shall be due on or before September 15, 2005.

WHEREFORE, the respondent respectfully requests that the Court enter the above proposed schedule as an order of the court.

        Respectfully submitted,

        THOMAS F. REILLY,
        ATTORNEY GENERAL

        /s/ Maura D. McLaughlin
        Maura D. McLaughlin
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2857
        BBO # 634923

Dated: June 20, 2005

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

      I hereby certify that on June 16, 2005, I left a telephone message for Edward B. Gaffney, Esq., counsel for the petitioner, in a good faith effort to confer and narrow or resolve the issues raised in the foregoing motion.

        /s/ Maura D. McLaughlin

### CERTIFICATE OF SERVICE

      I hereby certify that I have this 20th day of June, 2005, served a true and accurate copy of the foregoing pleading on counsel for the petitioner, Austin Smith, by depositing a copy in the office repository for collection and delivery by first class mail, postage prepaid, to the petitioner's counsel at the following address: Edward B. Gaffney, Esq., P.O. Box 5092, Wayland, Massachusetts, 01778.

        /s/ Maura D. McLaughlin