UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                Civil Action
                No: 05-10777-PBS

Austin Smith,
Petitioner,

v.

Michael Thompson,
Respondent.

## BRIEFING ORDER

SARIS, D.J.

      The petition for Writ of Habeas Corpus in this action was filed on 4/18/05. In order to complete the record, the Petitioner is hereby directed to file and serve a brief in support of the petition for habeas corpus on or before August 1, 2005. The Respondent is hereby directed to file and serve a brief in opposition to the petition on or before September 1, 2005, and the Petitioner may file a reply memorandum on or before September 15, 2005.

                By the Court,

                /s/ Robert C. Alba
                Deputy Clerk

June 22, 2005

To: All Counsel