UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10777-PBS

AUSTIN SMITH,
    Petitioner
v.

JOINT MOTION FOR
BRIEFING SCHEDULE

MICHAEL A. THOMPSON,
    Respondent

Now come both parties in the above-captioned matter and hereby jointly move this honorable court for a briefing schedule as follows:

- Petitioner, Austin Smith, is to file a Memorandum of Law in Support of Petition for Writ of Habeas Corpus on or before August 31, 2005.

- Respondent, Luis Spencer, is to file a Memorandum in Opposition to the Petition for Writ of Habeas Corpus on or before September 30, 2005.

In support of the instant motion, the parties state the following:

1) The attorneys representing each party conferred by telephone and agreed that the schedule described above provides them with sufficient time to prepare their respective memoranda.

2) No party is prejudiced by the allowance of this motion.

Respectfully Submitted,
Austin Smith
by his attorney:

_____
Edward B. Gaffney BBO #563719
P.O. Box 5092
Wayland, MA 01778
(781) 894-6668

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Maura D. McLaughlin BBO #634923
Asst. Atty. Gen.
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200 ext. 2857

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on Maura D. McLaughlin, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108 by first class mail, postage prepaid, on June 24, 2005.

_____
Edward B. Gaffney  BBO#563719
P.O. Box 5092
Wayland, MA 01778
(781) 894-6668