UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------x

AUSTIN SMITH,

          Petitioner,

vs.

MICHAEL THOMPSON,

          Respondent.

-----------------------------------------------x

Civil Action No. 05-10777-PBS

**RESPONDENT'S MOTION TO DISMISS PETITION
FOR WRIT OF HABEAS CORPUS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the respondent, Michael Thompson, respectfully submits this motion to dismiss the petition for writ of habeas corpus filed by the petitioner, Austin Smith, on the grounds that the petition fails to state a claim upon which relief may be granted. In support of his motion, and as is set forth more fully in the accompanying memorandum of law, the respondent states that the petitioner has presented this Court with a mixed petition, having failed to exhaust one of the claims stated therein. Because the petitioner has not yet provided the state's highest court with the first opportunity to pass on the merits of this claim, the petition should be dismissed. 28 U.S.C. § 2254(b)-(c); *Rose v. Lundy*, 455 U.S. 509, 510 (1982).[1]

---

[1] Although the doctrine of exhaustion mandates dismissal of the petition, the respondent has briefed the merits of the remaining claims in the petition in its Memorandum of Law In Opposition to Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed herewith, in the interest of completeness and judicial economy.

        Respectfully submitted,

        THOMAS F. REILLY,
        ATTORNEY GENERAL

        /s/ Maura D. McLaughlin
        Maura D. McLaughlin
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2857
        BBO # 634923

Dated: September 30, 2005

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

     I hereby certify that on September 28, 2005, and September 30, 2005, I placed telephone calls to Edward B. Gaffney, Esq., counsel for the petitioner (but was unable to either reach him or leave a message), in a good faith effort to confer and narrow or resolve the issues raised in the foregoing motion.

        /s/ Maura D. McLaughlin

**CERTIFICATE OF SERVICE**

     I hereby certify that I have this 30th day of September, 2005, served a true and accurate copy of the foregoing pleading on counsel for the petitioner, Austin Smith, by depositing a copy in the office repository for collection and delivery by first class mail, postage prepaid, to the petitioner's counsel at the following address: Edward B. Gaffney, Esq., P.O. Box 5092, Wayland, Massachusetts, 01778.

        /s/ Maura D. McLaughlin