UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------x

AUSTIN SMITH,

        Petitioner,

vs.

MICHAEL THOMPSON,

        Respondent.

-----------------------------------------------x

Civil Action No.  05-10777-PBS

## MOTION TO IMPOUND

The respondent, Michael Thompson, through counsel, hereby respectfully requests that the Court impound the three volumes of transcript of the petitioner's state court criminal trial, which will be filed upon this Court's order.  In support of his motion, the respondent states as follows:

1.      The respondent wishes to file the trial transcript in order that this Court may fully evaluate the evidence and arguments upon which the state courts' decisions were made.

2.      In the state court proceedings, the parties used pseudonyms in place of the names of the minor victim, her younger brother, and her mother, aunt, and grandmother.  The parties have used these same pseudonyms in their submissions to this Court.

3.      The state court trial transcripts, however, use the actual given names of the victim and her family.

4.      Although the victim has passed away, the respondent wishes to protect the identity of the victim and her family, particularly since the victim's younger brother is, to the respondent's knowledge, still a minor.

WHEREFORE, for the foregoing reasons, respondent respectfully requests that this Court impound the three volumes of the transcript of the petitioner's state criminal trial, to be filed upon receipt of the court's order.

        Respectfully submitted,

        MICHAEL THOMPSON,

        By his attorney,

        THOMAS F. REILLY,
        ATTORNEY GENERAL

        /s/ Maura D. McLaughlin
        Maura D. McLaughlin
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2857
        BBO # 634923

Dated: October 3, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on October 3, 2005, I placed a telephone call to Edward B. Gaffney, Esq., counsel for the petitioner (but was unable to either reach him or leave a message), in a good faith effort to confer and narrow or resolve the issues raised in the foregoing motion.

        /s/ Maura D. McLaughlin

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 3rd day of October, 2005, served a true and accurate copy of the foregoing pleading on counsel for the petitioner, Austin Smith, by depositing a copy in the office repository for collection and delivery by first class mail, postage prepaid, to the petitioner's counsel at the following address: Edward B. Gaffney, Esq., P.O. Box 5092, Wayland, Massachusetts, 01778.

                                                      /s/ Maura D. McLaughlin