

**Mitt Romney**
Governor
**Kerry Healey**
Lieutenant Governor
**Edward A. Flynn**
Secretary

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Office of the Deputy Commissioner*
P.O. Box 9125
Concord, MA 01742-9125
(978) 405-6622
Fax: (978) 405-6619
www.mass.gov/doc



**Kathleen M. Dennehy**
Commissioner
**James R. Bender**
Deputy Commissioner

November 1, 2005

Austin Smith W63074
North Central Correctional Institution
P.O. Box 466
Gardner, MA 01440

Dear Mr. Smith:

I am responding to your October 10, 2005 letter requesting acknowledgment of your incarceration.

This letter is to confirm that you were incarcerated in the Massachusetts Department of Correction under commitment #W49448 from 11-26-1990 to 5-03-1994.

It is your responsibility to forward paperwork to the parties stated in your correspondence.

I trust this has addressed your concerns.

Sincerely,

James R. Bender
Deputy Commissioner

cc: File

Printed on Recycled Paper