Austin T. Smith
NCCI GARDNER
500 COLONY ROAD
GARDNER, MA 01440

FILED
CLERKS OFFICE

2007 MAR -8  A 11: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

March 4, 2007

Office of the Clerk
United States District Court
for the District of Massachusettes
One Courthouse Way
Boston, Ma 02210

RE: Austin T. Smith V. Micheal A. Thompson
    Docket No. 05-10777-PBS

Dear Sir/Madam:

    On August 30, 2005 a memorandum of Law in Support of Petition for Writ of Habeas Corpus (with Certificate of Service appended thereto); by Edward B. Gaffney Esq. (BBO no. 563719)

    As the defendent in this matter my case has been in this court for about a year and a half. Unless I am misunderstanding the rules of the court this matter should have been befor the court along time ago. Please correct me if I am wrong. By no means a I trying to rush the court but this just doesn't seem right. I would greatly appreciate it if you could clear this matter up for me as soon as possible. I would also like for a copie of my docket entry sheet.
    Hopefully this court is aware that I am no longer at MCI Shirley Medium. I am currently at NCCI Gardner Gardner Ma. 01440.

    I trust that this is not an inconvience for you.

    Thank You For Your Time and Attention to this Matter.

RESPECTFULLY YOURS,

*Mr. Austin T. Smith* (signature)
Mr. Austin T. Smith