UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                     Civil Action
                                                                     No: 05-10777-PBS

Austin Smith,
Petitioner,

v.

Michael Thompson,
Respondent.

## ORDER VACATING ORDER

SARIS, U.S.D.J.

    This Court hereby vacates it's Order of Dismissal (doc. #19) entered on March 14, 2007.

                                                      /s/ Patti B. Saris
                                                      Patti B. Saris
                                                      United States District Judge

March 23, 2007

To: All Counsel