UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUSTIN SMITH,<br>    Petitioner : <br> : <br>vs. : <br> : <br>MICHAEL A. THOMPSON, : <br>SUPERINTENDENT, : <br>    Respondent : | Civil Action No: 05-10777-PBS |

## ENTRY OF APPEARANCE

    Now comes Kenneth G. Littman and enters his appearance for the Petitioner, Austin Smith, in the above-entitled matter.

Respectfully submitted,

/s/ Kenneth G. Littman
Kenneth G. Littman, Esquire - BBO: 302060
251 Cherry Street
Fall River, MA 02720
Tel: (508) 675-8900

Dated:   June 26 , 2007

## CERTIFICATE OF SERVICE

    I certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including Maura D. McLaughlin, counsel for Respondent Michael A. Thompson, Superintendent in this matter.

/s/ Kenneth G. Littman
Kenneth G. Littman, Esquire