# United States Court of Appeals
## For the First Circuit

No. 08-1047

AUSTIN SMITH,

Petitioner,

v.

STEVEN O'BRIEN, SUPERINTENDENT OF MCI SHIRLEY,

Respondent.

Before

Lynch, <u>Circuit Judge</u>,
Selya, <u>Senior Circuit Judge</u>,
and Howard, <u>Circuit Judge</u>.

JUDGMENT

Entered: January 29, 2008

As petitioner has not presented either a "new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable" or a new "factual predicate" which "could not have been discovered previously through the exercise of due diligence" and which "if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found [petitioner] guilty of the underlying offense," 28 U.S.C. § 2244(b)(2), the application for leave to file a second or successive petition is <u>denied</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
Chief Deputy Clerk.

[Cert. cc: Hon. Patti B. Saris and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Mr. Smith and Ms. McLaughlin]