UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AUSTIN SMITH,
    Petitioner,

V.

MICHAEL THOMPSON,
    Respondent.

CIVIL ACTION: 05-10777-PBS

## FINAL JUDGMENT

SARIS, U.S.D.J.                                                                                       March 5, 2008

    Pursuant to this Court's February 22, 2008, endorsement adopting the Report and Recommendation of Magistrate Judge Collings dismissing this action, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Respondent, Michael Thompson.

By the Court,

/s/ Robert C. Alba
Deputy Clerk