UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AUSTIN SMITH, | : | |
|     Petitioner | : | |
| | : | |
| vs. | : | Civil Action No: 05-10777-PBS |
| | : | |
| MICHAEL A. THOMPSON, | : | |
| SUPERINTENDENT, | : | |
|     Respondent | : | |

## NOTICE OF APPEAL

    This Petitioner in the above-referenced matter hereby notifies the Court of his intention to appeal the District Court's judgment denying his Petition for the Issuance of a Writ of Habeas Corpus (Document No. 26) to the First Circuit of the United States Court of Appeals. More specifically, the Petitioner seeks a Certificate of Appealability on each of the issues he raised in his Petition and in support of said request relies on his Memorandum of Law submitted herewith.

    Respectfully Submitted,

/s/ Kenneth G. Littman
Kenneth G. Littman, Esquire - BBO: 302060
251 Cherry Street
Fall River, MA 02720
Tel: (508) 675-8900

Dated: March 20, 2008

**CERTIFICATE OF SERVICE**

  I certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including Maura D. McLaughlin, counsel for Respondent Michael A. Thompson, Superintendent in this matter.

               /s/ Kenneth G. Littman
               Kenneth G. Littman, Esquire