UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10777

Austin Smith

v.

Michael A. Thompson

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-16, 18-29

No Sealed Document

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/20/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 1, 2008.

Sarah A Thornton, Clerk of Court

By: /s/ 
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/1/08

/s/ Burchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10777-PBS

| | |
|---|---|
| Smith v. Thompson | Date Filed: 04/18/2005 |
| Assigned to: Judge Patti B. Saris | Date Terminated: 02/22/2008 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 540 Mandamus & Other |
| | Jurisdiction: Federal Question |

**Petitioner**

**Austin Smith**          represented by   **Edward B. Gaffney**
Edward B. Gaffney
P.O. Box 5092
Wayland, MA 01778
781-894-6668
Fax: N/A
Email: ebgaffney@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth G. Littman**
Kenneth G. Littman, P.C.
251 Cherry Street
Fall River, MA 02720
508-675-8900
Fax: 508-678-1329
Email: attyatlawn@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Michael A Thompson**          represented by   **Maura D. McLaughlin**
*Superintendent of MCI Shirley*          Office of the Attorney General
Criminal Bureau, Appellate Division
One Ashburton Place, 18th Floor
Boston, MA 02108
617-727-2200, ext 2857
Fax: 617-727-5755
Email:
maura.mclaughlin@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 63607, filed by Austin Smith.(Patch, Christine) (Entered: 04/20/2005) |
| 04/18/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Patch, Christine) (Entered: 04/20/2005) |
| 04/21/2005 | 2 | Judge Patti B. Saris : ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Patch, Christine) (Entered: 04/26/2005) |
| 04/29/2005 |  | Return receipt received for mail sent to Cathryn A. Neaves Delivered on 4/28/05 (Patch, Christine) (Entered: 05/02/2005) |
| 05/03/2005 |  | Return receipt received for mail sent to Edward B. Gaffney Delivered on 4/29/05 (Patch, Christine) (Entered: 05/04/2005) |
| 05/18/2005 | 3 | MOTION for Extension of Time to June 20, 2005 to Respond to Petition for Writ of Habeas Corpus by Michael A Thompson.(McLaughlin, Maura) (Entered: 05/18/2005) |
| 05/19/2005 |  | Judge Patti B. Saris: Electronic ORDER entered granting 3 MOTION for Extension of Time to June 20, 2005 to Respond to Petition for Writ of Habeas Corpus by Michael A Thompson. (Alba, Robert) (Entered: 05/19/2005) |
| 06/20/2005 | 4 | MOTION for briefing schedule by Michael A Thompson.(McLaughlin, Maura) (Entered: 06/20/2005) |
| 06/20/2005 | 5 | RESPONSE/ANSWER to *Petition for Writ of Habeas Corpus* by Michael A Thompson. (McLaughlin, Maura) (Entered: 06/20/2005) |
| 06/22/2005 |  | Judge Patti B. Saris : Electronic ORDER entered allowing 4 Motion for a Briefing Schedule by Michael Thompson. "Allowed. A Briefing Order Shall Issue." (Alba, Robert) (Entered: 06/22/2005) |
| 06/22/2005 | 6 | Judge Patti B. Saris : BRIEFING ORDER entered. (Patch, Christine) (Entered: 06/22/2005) |
| 06/22/2005 | 7 | Supplemental ANSWER to 1 Petition for writ of habeas corpus (28:2254) by Michael A Thompson (Volume I of III). (Patch, Christine) (Entered: 06/23/2005) |
| 06/22/2005 | 8 | Supplemental ANSWER to 1 Petition for writ of habeas corpus (28:2254) by Michael A Thompson (Volume II of III). (Patch, Christine) (Entered: 06/23/2005) |
| 06/22/2005 | 9 | Supplemental ANSWER to 1 Petition for writ of habeas corpus (28:2254) by Michael A Thompson (Volume III of III). (Patch, Christine) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 06/23/2005) |
| 06/27/2005 | 10 | Joint MOTION for Briefing Schedule by Austin Smith, Michael A Thompson.(Patch, Christine) (Entered: 06/29/2005) |
| 07/05/2005 |  | Judge Patti B. Saris : Electronic ORDER entered granting 10 Motion for Briefing Schedule (Patch, Christine) (Entered: 07/06/2005) |
| 08/31/2005 | 11 | MEMORANDUM by Austin Smith in Support of 1 Petition for writ of habeas corpus (28:2254). (Patch, Christine) Additional attachment(s) added on 10/25/2005 (Patch, Christine). (Entered: 09/02/2005) |
| 09/30/2005 | 12 | MOTION to Dismiss *Petition for Writ of Habeas Corpus* by Michael A Thompson.(McLaughlin, Maura) (Entered: 09/30/2005) |
| 09/30/2005 | 13 | MEMORANDUM in Support re 12 MOTION to Dismiss *Petition for Writ of Habeas Corpus* filed by Michael A Thompson. (McLaughlin, Maura) (Entered: 09/30/2005) |
| 10/03/2005 | 14 | MEMORANDUM OF LAW by Michael A Thompson. (McLaughlin, Maura) (Entered: 10/03/2005) |
| 10/03/2005 | 15 | MOTION to Seal Document by Michael A Thompson.(McLaughlin, Maura) (Entered: 10/03/2005) |
| 10/06/2005 | 16 | MOTION to Amend 11 Memorandum in Support of Petition for Writ of Habeas Corpus by Austin Smith. (Attachments: # 1 Exhibit A)(Patch, Christine) Modified on 10/12/2005 (Patch, Christine). (Entered: 10/12/2005) |
| 10/11/2005 |  | Judge Patti B. Saris : ElectronicORDER entered granting 15 Motion to Seal Document (Patch, Christine) (Entered: 10/13/2005) |
| 10/19/2005 |  | Judge Patti B. Saris : ElectronicORDER entered granting 16 Motion to Amend Memorandum in Support of Petition for Writ of Habeas Corpus. (Patch, Christine) (Entered: 10/20/2005) |
| 10/19/2005 |  | Judge Patti B. Saris : ElectronicORDER entered denying as moot 12 Motion to Dismiss. "See ruling on docket #16." (Patch, Christine) (Entered: 10/20/2005) |
| 10/27/2005 | 17 | Transcript (Volumes I through III) of the petitioner's state court criminal trial by Michael A Thompson, filed under seal. (Patch, Christine) (Entered: 11/01/2005) |
| 11/08/2005 | 18 | Letter to Austin Smith from James R. Bender confirming that Mr. Smith was incarcerated in the Mass. Dept. of Correction from 11/26/90 to 5/3/04.. (Patch, Christine) (Entered: 11/09/2005) |
| 03/08/2007 | 20 | Letter from Austin T. Smith regarding the status of his case and requesting a copy of the docket sheet. (Patch, Christine) (Entered: 03/15/2007) |
| 03/14/2007 | 19 | Judge Patti B. Saris : ORDER entered. ORDER DISMISSING CASE (Patch, Christine) (Entered: 03/14/2007) |

| | | |
|---|---|---|
| 03/15/2007 | | DOCKET SHEET sent to Austin T. Smith (Patch, Christine) (Entered: 03/15/2007) |
| 03/23/2007 | 21 | Judge Patti B. Saris: ORDER VACATING ORDER of Dismissal entered. Case reopened 3/23/07.(Alba, Robert) (Entered: 03/23/2007) |
| 03/23/2007 | | Judge Patti B. Saris: Electronic ORDER entered REFERRING case to Magistrate Judge Robert B. Collings for Report and Recommendation on 1 Petition for Writ of Habeas Corpus.(Alba, Robert) (Entered: 03/23/2007) |
| 06/26/2007 | 22 | NOTICE of Appearance by Kenneth G. Littman on behalf of Austin Smith (Littman, Kenneth) (Entered: 06/26/2007) |
| 01/29/2008 | 23 | Magistrate Judge Robert B. Collings: REPORT AND RECOMMENDATIONS re 1 Petition for writ of habeas corpus (28:2254) filed by Austin Smith; Recommendation: that Petition for Writ of Habeas Corpus be DENIED and Judgment enter DISMISSING the Petition. Objections to R&R due by 2/12/2008.(Dolan, Kathleen) (Entered: 01/29/2008) |
| 01/29/2008 | | Case no longer referred to Magistrate Judge Robert B. Collings. (Dolan, Kathleen) (Entered: 02/05/2008) |
| 01/30/2008 | 24 | USCA Judgment Re: Petition: The application for leave to file a second or successive petition is DENIED. Judgment issued in the USCA 1/29/2008 (Ramos, Jeanette) (Entered: 01/30/2008) |
| 02/12/2008 | 25 | OBJECTION to 23 Report and Recommendations filed by Austin Smith. (Littman, Kenneth) (Entered: 02/12/2008) |
| 02/22/2008 | | Judge Patti B. Saris: Electronic ORDER entered. ORDER ON REPORT AND RECOMMENDATIONS for 23 Report and Recommendations. "I adopt the report and recommendation. I agree that there is no reasonable probability the result would have been different particularly since there were two fresh complaint witnesses, and appropriate limiting instructions."(Patch, Christine) (Entered: 02/25/2008) |
| 03/05/2008 | 26 | Judge Patti B. Saris: ORDER entered. JUDGMENT in favor of Respondent against Petitioner(Patch, Christine) (Entered: 03/05/2008) |
| 03/20/2008 | 27 | NOTICE OF APPEAL as to 26 Judgment by Austin Smith NOTICE TO COUNSEL: A Transcript Report/Order Form. which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/9/2008. (Littman, Kenneth) (Entered: 03/20/2008) |
| 03/20/2008 | 28 | MEMORANDUM OF LAW by Austin Smith to 27 Notice of Appeal.. (Littman, Kenneth) (Entered: 03/20/2008) |
| 03/31/2008 | 29 | MOTION for Certificate of Appealability by Austin Smith.(Littman, Kenneth) (Entered: 03/31/2008) |