# United States Court of Appeals
## For the First Circuit

No. 08-1425
D.C. No. 05-10777

AUSTIN SMITH

Petitioner - Appellant

v.

MICHAEL A. THOMPSON, Superintendent of MCI Shirley

Respondent - Appellee

**ORDER OF COURT**

Entered: April 25, 2008
Pursuant to 1st Cir. R. 27.0(d)

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:
/s/ Richard Cushing Donovan, Clerk

cc:
Honorable Patti B. Saris
Sarah A. Thornton, Clerk.
Maura D. McLaughlin
Edward B. Gaffney
Kenneth G. Littman