```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

AUSTIN SMITH,                    )
                                 )
        Petitioner/Appellant,    )
                                 )    C.A. No. 05-10777-PBS
        v.                       )
                                 )    App. No. 08-1425
                                 )
MICHAEL THOMPSON,                )
                                 )
        Respondent/Appellee.     )
```

**ORDER**

May 20, 2008

Saris, U.S.D.J.

    The motion of the petitioner/appellant for leave to appeal <u>in forma pauperis</u> is GRANTED.

    The Clerk shall transmit a copy of this Order to the United States Court of Appeal for the First Circuit.

    SO ORDERED.

                                              /s/ Patti B. Saris  
                                            PATTI B. SARIS  
                                            UNITED STATES DISTRICT JUDGE